The appellants were convicted of vagrancy and each assessed a fine of $200.

█ The record does not show that the appellants, Kathryn Sheppard and Troy Baker, ever entered into a recognizance or executed an appeal bond or that they are confined in jail. Therefore, this court is without jurisdiction to enter any order other than to dismiss their appeals.

The record does show that the appellant, Mammie Lee Nunez, filed an appeal bond which was approved on May 13, 1955, after having given notice of appeal on May 5, 1955. The judgment of conviction is dated May 16, 1955. The caption appearing in the transcript certifies that the term of

**Billy Hugh GREEN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27826.**

Court of Criminal Appeals of Texas.

Nov. 23, 1955.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery is the offense; the punishment, five years in the penitentiary.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted.

The appeal is dismissed.